■ CLAIROL INCORPORATED, Appellant, v. CARLTON DRUG, INC., Respondent.— Judgment unanimously reversed, on the law and the facts, with $50 costs and disbursements to plaintiff-appellant, and judgment directed in favor of the plaintiff. The issues of law and fact are substantially the same as in *Clairol Inc.* v. *Peekskill Thrift Drug Corp.* (25 A D 2d 496) decided subsequent to the entry of the judgment herein. We there held the retail sale of uncartoned bottles of plaintiff's product with instructional material unlike the instructions enclosed in plaintiff's individually cartoned bottles for retail sale to be in violation of section 368-d of the General Business Law. Settle findings, conclusions and judgment in conformity herewith. Concur — Botein, P. J., Stevens, Tilzer and McNally, JJ.

■ In the Matter of THOMAS P. SHERIDAN, Respondent, v. VINCENT L. BRODERICK, as Police Commissioner of the Police Department of the City of New York, et al., Appellants.— Order entered March 21, 1966 granting petitioner's motion to the extent of remanding the matter to respondent for such further action as may be necessary, unanimously reversed, on the law, without costs or disbursements, and the petition dismissed. (See *Matter of Delicati* v. *Schechter*, 3 A D 2d 19.) Concur — Stevens, J. P., Steuer, Capozzoli and Rabin, JJ.

■ HARVEY ALSTON, JR., Respondent-Appellant, v. CONSTITUTION REALTY CORPORATION, Appellant-Respondent, and NORTH AMERICAN CONTINENTAL COMPANY, INC., et al., Respondents.— Determination of the Appellate Term affirming a judgment of the Civil Court in favor of plaintiff, unanimously reversed, on the law and on the facts, complaint dismissed and cross appeal dismissed as moot, with $50 costs and disbursements to defendant-appellant, on the dissenting opinion of Hecht, J., at Appellate Term. Concur — Steuer, J. P., Capozzoli, Tilzer and McNally, JJ.